```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675043230
Cashier ID: amorgan
Transaction Date: 10/27/2016
Payer Name: Jacques Cabell
------------------------------------
CIVIL FILING FEE
 For: Jacques Cabell
 Amount:         $400.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

3:16-2804
```